**Steven E. ROUSSEAU, Appellant,**

v.

**GOODWILL/EASTERSEALS, Appellee.**

**No. 05–1799.**

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 2, 2005.

Decided Sept. 22, 2005.

Steven E. Rousseau, St. Peters, MN, pro se.

David Jordan–Huffman, Oppenheimer & Wolff, Minneapolis, MN, for Appellee.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Steven Rousseau appeals the grant of defendant's motion to dismiss in his race-

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

discrimination action. The district court [1] concluded that Rousseau's complaint was barred by res judicata. Upon careful review of the record, we agree, for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.